UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LINCOLN GENERAL INSURANCE COMPANY,

                        Plaintiff,

        -against-                                  **RULE 7.1 STATEMENT**

M/V "INDAMEX GODAVARI", her engines, boilers, etc.
and PRIMARY FREIGHT SERVICES, INC.

                        Defendant.

------------------------------------------------------------------X

07 CIV 9738

Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to enable judges and magistrates of the court to evaluate possible disqualification of recusal, the undersigned attorney of record for Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

                            **SEE ATTACHED LIST**

Dated: New York, New York
       November 1, 2007

                                                 James J. Ruddy (JR-6693)

**LINCOLN GENERAL INSURANCE COMPANY**

    Kingsway Financial Services, Inc.
    American Country Holdings
    American Service Ins.
    Avalon Risk Management
    Hamilton Investments
    Jevco Insurance Company
    Kingsway General Insurance
    Kingsway Reinsurance (Barbados)
    Kingsway Reinsurance (Bermuda)
    Southern United Fire
    Universal Casualty
    York Fire & Casualty