UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LINCOLN GENERAL INSURANCE COMPANY,

                              Plaintiff,          07 Civ. 9738 (WHP)

         -against-                      **VOLUNTARY DISMISSAL**
                                                             **AND ORDER**

M/V "INDAMEX GODAVARI",
Engines, boilers, etc. and
PRIMARY FREIGHT SERVICES, INC.,

                              Defendant.

------------------------------------------------------------X

       No answer having been filed and the captioned action having been settled, it is hereby discontinued as to all parties pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure with prejudice but without costs as to any party, subject to re-opening by letter application in the event that the settlement is not consummated within thirty (30) days of entry hereof.

Dated: New York, New York
       December 20, 2007

                                                McDERMOTT & RADZIK, LLP.
                                               Attorneys for Plaintiff

                              By:  _____
                                   James J. Ruddy (JR-6693)
                                   88 Pine Street
                                   New York, New York 10005
                                   212-376-6400
                                   Ref.: GM-07-3594 JJR

*The Clerk of the Court is directed to mark this case closed.*

**SO ORDERED:**

_____
U.S.D.J.                   12/26/07